### Ex parte C. J. COLLINS.

### No. 28185.

Court of Criminal Appeals of Texas.

April 25, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

### Nos. 28186, 28187.

Court of Criminal Appeals of Texas.

April 25, 1956.

No attorney on appeal for appellant..

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the Criminal District Court No. 2 of Bexar County remanding appellant to the custody of the sheriff for delivery to the agent of the demanding State.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.